# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1789
Lower Tribunal No. 2021-CA-001170-0001-XX

_____

ROBERT ATKINS and JULIA ATKINS,

Appellants,

v.

FLORIDA PENINSULA INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Earl I. Higgs, Jr., of Higgs Law, P.A., Orlando, for Appellants.

Scot E. Samis, of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED